UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :      Hon. Jose L. Linares

            v.                 :      Crim. No. 09-864

DENNIS ELWELL and              :
RONALD MANZO                          ORDER

        This matter having been opened to the Court on the joint
application of the United States of America, Paul J. Fishman,
United States Attorney (Rachael A. Honig, Assistant U.S.
Attorney, appearing) and defendants Dennis Elwell (by Thomas
Cammarata, Esq.) and Ronald Manzo (by Samuel DeLuca, Esq.) for an
order continuing the proceedings and excluding time from
computation under the Speedy Trial Act of 1974; and the charges
being the result of a lengthy investigation and the defendants
needing sufficient time to review discovery, which includes a
large number of audio and video recordings, and to investigate
the charges and file motions in this case; and the Court having
found, in light of the above, that this case is sufficiently
complex that it is unreasonable to expect adequate preparation
for pretrial proceedings and for the trial itself within the time
limits established by the Speedy Trial Act of 1974; and the Court
having found that an order granting a continuance of the
proceedings and excluding time from calculation under the Speedy
Trial Act of 1974 should be entered in light of the complexity of
the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); that the

ends of justice are served by granting such an order; and for good cause shown,

WHEREFORE, It is on this ___19th___ day of December, 2009,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED THAT the proceedings in this matter shall be continued for a period of 90 days;

IT IS FURTHER ORDERED THAT the period for discovery in this matter shall be extended by 30 days;

IT IS FURTHER ORDERED that a case management conference shall be held _on MARCH 23, 2010_ ~~2009~~, at _11:30 a.m._;

IT IS FURTHER ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference;

IT IS FURTHER ORDERED that the time period from the date of this order to the date of the case management conference shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge