UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon Jose L. Linares |
| v. | : | Crim. No. 09-864 |
| DENNIS ELWELL and RONALD MANZO | : | ORDER |

This matter having been opened to the Court on the joint application of the United States of America, Paul J. Fishman, United States Attorney (Maureen Nakly, Assistant U.S. Attorney, appearing) and defendants Dennis Elwell (by Thomas Cammarata and Jeffrey Garrigan, Esqs.) and Ronald Manzo (by Samuel DeLuca, Esq.) for an order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; the Court makes the following findings:

1. The charges in this case are the result of a lengthy investigation involving a large number of audio and video recordings;

2. In light of the above, defense counsel have represented to the Court that they require additional time to review discovery and to investigate the charges and file motions in this case;

3. The Court previously has found that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of

1974;

4. The United States and both defendants consent to the granting of a continuance in this matter; and

5. In light of the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), an order granting a further continuance in this matter serves the ends of justice, and a failure to grant such a continuance would unreasonably deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), and for good cause shown;

WHEREFORE, it is on this 1ST day of June, 2010,

ORDERED THAT the proceedings in this matter shall be continued from June 17, 2010 through and including July 16, 2010; and

IT IS FURTHER ORDERED that a case management conference shall be held on June 23, 2010, at 11 a.m.;

IT IS FURTHER ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference;

IT IS FURTHER ORDERED that the time period from June 17, 2010, through and including July 16, 2010, shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge

On Consent of the Parties:

_____
Maureen Nakly
Assistant U.S. Attorney

_____
Thomas J. Cammarata, Esq.
Jeffrey G. Garrigan, Esq.
Counsel for defendant Elwell

_____
Samuel R. Deluca, Esq.
Counsel for defendant Manzo

-3-

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge

On Consent of the Parties:


_____
Maureen Nakly
Assistant U.S. Attorney



_____
Thomas J. Cammarata, Esq.
Jeffrey G. Garrigan, Esq.
Counsel for defendant Elwell

_____
Samuel R. Deluca, Esq.
Counsel for defendant Manzo