UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon Jose L. Linares |
| v. | : | Crim. No. 09-864 |
| DENNIS ELWELL and RONALD MANZO | : | ORDER |

THIS MATTER having come before the Court on the application of the United States of America, Paul J. Fishman, United States Attorney (Maureen Nakly, Assistant U.S. Attorney, appearing), for an order extending the time for the parties to file motions in the above-captioned matter for a period of three weeks, and

WHEREAS defendants' pretrial motions currently are due to be filed on October 1, 2010; and

WHEREAS the Government's opposition to any such pretrial motions currently is due to be filed by October 22, 2010; and

WHEREAS the Government requests that the time for filing such motions by defendant be extended to October 22, 2010, and the time for the Government to file any opposition motion be extended to November 12, 2010; and

WHEREAS defendants Dennis Elwell (by Thomas J. Cammarata, Esq.) and Ronald Manzo (by Samuel R. DeLuca and George T. Taite, Esqs.) consent to the Government's request to extend the time for the parties to file such motions; and

WHEREAS the Court has scheduled a hearing on pretrial motions, if necessary, for January 21, 2011, at 10:30; and

IT IS THEREFORE, on this __15th__ day of __Sept__, 2010, ORDERED THAT:

Pretrial motions shall be filed no later than October 22, 2010; and

Opposition to pretrial motions shall be filed no later than November 12, 2010; and

The remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

HONORABLE JOSE L. LINARES
United States District Judge

On Consent of the Parties:

Maureen Nakly
Assistant U.S. Attorney

Thomas J. Cammarata, Esq.
Counsel for defendant Elwell

Samuel R. Deluca, Esq.
George T. Taite, Esq.
Counsel for defendant Manzo

WHEREAS the Court has scheduled a hearing on pretrial motions, if necessary, for January 21, 2011, at 10:30; and

IT IS THEREFORE, on this __15__ day of __Sept__, 2010, ORDERED THAT:

Pretrial motions shall be filed no later than October 22, 2010; and

Opposition to pretrial motions shall be filed no later than November 12, 2010; and

The remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge

On Consent of the Parties:

_____
Maureen Nakly
Assistant U.S. Attorney

_____
Thomas J. Cammarata, Esq.
Counsel for defendant Elwell

_____
Samuel R. Deluca, Esq.
George T. Taite, Esq.
Counsel for defendant Manzo

-2-