NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DENNIS ELWELL, et al.,<br><br>  Defendants. | Criminal Action No.: 09-864 (JLL)<br><br>**ORDER** |

The Court is in receipt of the parties' correspondence regarding defendants' intention to join in other pretrial motions filed by other defendants in other Bid Rig related maters.  Having reviewed said correspondence

IT IS on this 1st day of December, 2010,

**ORDERED** that on or before December 13, 2010, defendants shall provide a written submission to the Court and opposing counsel specifically identifying each motion that they intend to join.

/s/ Jose L. Linares
Jose L. Linares
United States District Judge