NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DENNIS ELWELL, et al.,<br><br>　　　　　Defendants. | Criminal Action No.: 09-864 (JLL)<br><br>**ORDER** |

The Court is in receipt of the parties' correspondence regarding the relevancy of Government Exhibits 105A, 106A, and 107A. Having reviewed said correspondence

**IT IS** on this 17th day of June, 2011,

**ORDERED** that the above referenced exhibits are relevant to this case; and it is further

**ORDERED** that on or before June 20th Defendant is to submit a proposed curative instruction to the Court and the Government that he believes appropriately addresses the impact of the above referenced exhibits.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ Jose L. Linares
　　　　　　　　　　　　　　　　　　　　Jose L. Linares
　　　　　　　　　　　　　　　　　　　　United States District Judge