# *The* JERSEY JOURNAL

30 Journal Square • Jersey City, New Jersey 07306
201.217.2429 Fax 201.653.2243

June 20, 2011

Dear Hon. Judge Linares,

    Pleas allow this to serve as a request for Terrence McDonald of The Jersey Journal to use a laptop in your courtroom for the purpose of covering the Dennis Elwell trial.

Sincerely,

Ron Zeitlinger
Deputy Managing Editor
The Jersey Journal

SO ORDERED: _[signature]_
DATED: 6/21/11