NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DENNIS ELWELL, et al.,<br><br>　　　　　　Defendants. | Criminal Action No.: 09-864 (JLL)<br><br>**ORDER** |

The matter is before the Court by way of Defendant's Motion for a Judgment of Acquittal or New Trial.

**IT IS** on this 28th day of July, 2011,

**ORDERED** that on or before August 5, 2011, Defendant shall file a brief is support of his motion; and it is further

**ORDERED** that the Government shall file responsive papers on or before August 12, 2011; and it is further

**ORDERED** that oral argument on the instant motion will be held at a date to be set by the Court.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　/s/ Jose L. Linares
　　　　　　　　　　　　　　　　　　Jose L. Linares
　　　　　　　　　　　　　　　　　　United States District Judge