

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

August 8, 2011

**BY HAND**
Hon. Jose L. Linares
U.S. District Judge
Martin Luther King, Jr. Building
50 Walnut Street
Newark, New Jersey 07102

       RE:   United States v. Elwell
              Crim. No. 09-864 (JLL)

Dear Judge Linares:

       I write to request an additional week until August 19, 2011, in which to respond to defendant Elwell's motion for judgment of acquittal or, in the alternative, a new trial. Defendant Elwell filed his brief in support of his motion on August 5, 2011, and the Government's response currently is due on Friday, August 12, 2011. I have spoken with counsel for defendant Elwell, Thomas Cammarata, and he has indicated that he has no objection to this request.

       Thank you for your consideration.

                                   Respectfully submitted,

                                   PAUL J. FISHMAN
                                   U.S. Attorney

                By:   Maureen Nakly
                     Assistant U.S. Attorney

(By Facsimile)
cc:   Thomas Cammarata, Esq.

SO ORDERED: _____
DATED: _____ 8/9/11