<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DENNIS ELWELL,<br>　　　　　　　　　　Defendant. | Criminal Action No.: 09-864 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

　　　　The Court hereby amends its prior opinion dated October 19, 2011 to correct a typographical error at page six.

　　　　At page six the Court wrote, "The Government argues that the Court should 'consider the post-trial, out of court statements of one juror's opinion of the thought processes motivating the jury's decision . . . .'" In fact, that sentence should have read as follows: "The Government argues that the Court should **not** 'consider the post-trial, out of court statements of one juror's opinion of the thought processes motivating the jury's decision . . . .'"

　　　　An amended opinion correcting the aforesaid typographical error is attached hereto.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　October 21, 2011