

# CAMMARATA, NULTY & GARRIGAN, L.L.C.
## ATTORNEYS AT LAW

THOMAS J. CAMMARATA
JOHN P. NULTY, JR.
JEFFREY G. GARRIGAN

MICHAEL S. DORAN

April 13, 2012

_via email_

Honorable Jose L. Linares, U.S.D.J.
United States District Court
50 Walnut Street
Newark, NJ 07102

RE:   **United States v. Dennis Elwell**
      **Criminal Action No. 09-864 (JLL)**

Dear Judge Linares:

With regard to the designation provision of the Judgement of Conviction we have had an opportunity to consult with our expert, Mr. Sickler, and ask that you recommend the following in the judgment of conviction.

We request that the court recommend that the defendant be designated to the minimum-security satellite camp within the FCC Butner Complex in North Carolina.

We are advised by Mr. Sickler that this designation would allow the defendant the security designation he would normally be entitled to (minimum security) and at the same time provide immediate access, if necessary, to the Care Level three facility at the Butner complex.

We have discussed this designation request with our client and he agrees with the request.

Respectfully yours,

**THOMAS J. CAMMARATA**

JGG/lb
cc: Maureen Nakly, Assistant U.S. Attorney (email)

SO ORDERED:
DATED:_____ 4-15-12