NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>DENNIS ELWELL,<br><br>         Defendant. | Criminal Action No.: 09-864 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

  Currently, Defendant's sentence will commence on Monday June 4, 2012. The Court is in receipt of Defendant Elwell's motion to stay they commencement of sentence pending appeal. As of the date herein, no opposition has been filed.

  Accordingly,

  **IT IS** on this _15_ day of May, 2012,

  **ORDERED** that the surrender date is hereby adjourned to Monday June 18, 2012 so the Court may consider the pending motion and any opposition filed thereto.

                       _/s/ Jose L. Linares_
                       Jose L. Linares
                       United States District Judge